■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARTH O. BENNETT, Appellant. [918 NYS2d 48]—Appeal from a judgment of the Supreme Court, Monroe County (John J. Ark, J.), rendered January 24, 2008. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree (four counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY R. ANDERSON, Appellant. [915 NYS2d 882]—Appeal from a judgment of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered December 3, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Martoche, JJ.